# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2433

———————————————

KENNETH ERIBY,

   Petitioner,

v.

RICHARD COMERFORD, Secretary,
F.D.O.C.,

   Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.


July 22, 2026


PER CURIAM.

   DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

KELSEY, LONG, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kenneth Eriby, pro se, Petitioner.

No appearance for Respondent.